HIRSCH ADELL (CSB 34208),
J. DAVID SACKMAN (CSB 106703), and
AARON G. LAWRENCE (CSB 258813), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
email: hirscha@rac-law.com; jds@rac-law.com; aaronl@rac-law.com

Attorneys for Plaintiff
AMERICAN FEDERATION OF MUSICIANS, AFL-CIO

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN IDOL PRODUCTIONS, INC., a California corporation; FREMANTLE MEDIA NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV-10-4325-GW (RZx)<br><br>ORDER RE DISMISSAL |

PURSUANT TO THE STIPULATION BETWEEN the parties and for good cause shown, the Court hereby orders that the complaint filed by Plaintiff, AMERICAN FEDERATION OF MUSICIANS, AFL-CIO ("AFM") is dismissed with prejudice with each party to bear its own costs and attorneys fees as provided for by the Settlement Agreement between the parties.

DATED: May 3, 2011

_____
THE HONORABLE GEORGE H. WU
JUDGE OF THE U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA